AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Pugh, Cary D. | 2. Court or Organization<br><br>U.S. Tax Court | 3. Date of Report<br><br>04/02/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>400 Second St. NW<br>Washington, DC 20217 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Attorney-in-fact | POA #1 |
| 2. | Attorney-in-fact | POA #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pugh, Cary D. | 04/02/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association Section on Taxation | 05/10/2018-05/12/2018 | Washington, DC | Participating in tax conference | food |
| 2. | American Bar Association Section on Taxation | 06/14/2018-06/16/2018 | Miami, FL | Speaking at tax conference | transportation, lodging, food |
| 3. | Hawaii Tax Institute | 11/04/2018-11/08/2018 | Honolulu, HI | Speaking at tax conference | transportation, lodging, food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pugh, Cary D. | 04/02/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pugh, Cary D. | 04/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Suntrust Bank accounts | B | Interest | M | T | | | | | |
| 2.   401(k) | | | | | | | | | |
| 3.   - Vanguard Retirement 2030 | D | Dividend | N | T | | | | | |
| 4.   - Vanguard Institutional Index | C | Dividend | L | T | | | | | |
| 5.   - American Funds EuroPacific Growth | B | Dividend | K | T | | | | | |
| 6.   IRA #1 | | | | | | | | | |
| 7.   - T Rowe Price Retirement 2030 | A | Dividend | K | T | | | | | |
| 8.   IRA #2 | | | | | | | | | |
| 9.   - Clearbridge Value Trust | A | Dividend | K | T | | | | | |
| 10.   - Miller Opportunity Trust | B | Dividend | J | T | | | | | |
| 11.   IRA #3 | | | | | | | | | |
| 12.   - Integrity Growth & Income Fund | A | Dividend | | | Sold | 08/09/18 | J | A | |
| 13.   - Oppenheimer Equity Fund | A | Dividend | | | Sold | 08/09/18 | K | C | |
| 14.   - Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 15.   - Powershares QQQ Trust | A | Dividend | J | T | | | | | |
| 16.   - T. Rowe Price Overseas Dividend Stock Fund | A | Dividend | K | T | Buy | 08/10/18 | K | | |
| 17.   Project Capital 2006 LLC | B | Int./Div. | J | W | Distributed (part) | 12/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pugh, Cary D. | 04/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Project Capital 2008 LLC | D | Int./Div. | K | W | Distributed (part) | 12/27/18 | J | | |
| 19. Brokerage account #1 | | | | | | | | | |
| 20. - Berkshire Hathaway B | | None | L | T | Buy (add'l) | 09/28/18 | J | | |
| 21. - Coca-Cola common | A | Dividend | J | T | | | | | |
| 22. - GE common | A | Dividend | | | Sold | 09/24/18 | J | A | |
| 23. - Intel common | A | Dividend | K | T | | | | | |
| 24. - Microsoft common | A | Dividend | J | T | | | | | |
| 25. - Bank of the James common | A | Dividend | J | T | | | | | |
| 26. - Walt-Disney common | A | Dividend | J | T | | | | | |
| 27. - TD Ameritrade FDIC Insured Deposit Account | A | Interest | M | T | | | | | |
| 28. T Rowe Price Equity Index 500 | C | Dividend | M | T | | | | | |
| 29. T Rowe Price Retirement 2030 | D | Dividend | M | T | | | | | |
| 30. T Rowe Price Virginia Tax Free Bond | A | Dividend | K | T | | | | | |
| 31. Farmers Bank of Appomattox common | A | Dividend | J | T | | | | | |
| 32. MassMutual Whole Life | A | Interest | K | T | | | | | |
| 33. Installment Note | B | Int./Div. | L | U | Buy | 07/13/18 | L | | Michael Kapfer |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pugh, Cary D. | 04/02/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investments listed on lines 17 and 18 of Part VII also produce other passive income reported on return because of partnership form and make annual cash distributions (which do not constitute sales or redemptions of any of the interests held).

Investment listed on line 33 of Part VII represents seller financing provided to the buyer in connection with the sale on that date of an unimproved lot held as as a potential buildable lot. (I did not hold the lot for investment so neither it, not its sale, were reported on Part VII.)

| Name of Person Reporting | Date of Report |
|---|---|
| Pugh, Cary D. | 04/02/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cary D. Pugh**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544